IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JUNIOR DOE, et al.** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 06-cv-1926 |
| **ALLENTOWN SCHOOL DISTRICT,** et al. | : | |

**ORDER**

AND NOW, this 9th day of March, 2009, upon consideration of Attorney Marc S. Fisher's uncontested Motion to Withdraw as Counsel for minor Defendant F.H., this Motion (Doc. No. 116) is GRANTED.[1] IT IS FURTHER ORDERED that the Court's February 7, 2007 Order appointing Attorney Fisher to represent minor Defendant F.H. (Doc. No. 68) is VACATED. Accordingly, Attorney Fisher's appearance is withdrawn on behalf of minor Defendant F.H.

BY THE COURT:

/s/ *Thomas M. Golden*
THOMAS M. GOLDEN, J

---

[1] The appointment of Attorney Marc S. Fisher on February 7, 2007 (Doc. No. 68) as counsel for minor Defendant F.H. was for the limited purpose of reviewing the records of the Lehigh County Office of Children & Youth Services and the Lehigh County Clerk of Court's Office to determine whether the release of these records might be in violation of minor Defendant F.H.'s rights and to take appropriate action, if necessary. Attorney Fisher accepted the appointment under these limited circumstances. Attorney Fisher reviewed the records in question and filed a Motion for a Protective Order. (Doc. No. 94). This Motion was denied by Magistrate Judge Arnold C. Rapoport. (Doc. No. 113). Attorney Fisher also participated in the drafting of a Stipulation and proposed Order for the confidential treatment of discovery documents and depositions pertaining to minor Defendant F.H. (Doc. No. 92). Accordingly, Attorney Fisher has completed his duties under the limited scope of his representation of minor Defendant F.H., and withdrawal will be permitted.