IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUNIOR DOE, et al | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 06-cv-1926 |
| | : | |
| ALLENTOWN SCHOOL DISTRICT, et al | : | |

**ORDER**

AND NOW, this 8th day of July, 2009, upon consideration of the United States' Motion for Leave to Intervene and Defendant Allentown School District's Opposition thereto (Doc. No. 134), the United States' Motion (Doc. No. 131) is hereby GRANTED. The United States shall file the Complaint in Intervention against Defendant Allentown School District attached to its Motion for Leave to Intervene—subject to Paragraph 2 of the Court's June 30, 2009 Order addressing the redaction and amendment of Paragraph 10 of the United States' Complaint in Intervention (Doc. No. 135)—within **five (5) days** of the date of this Order. Defendant Allentown School District shall file a responsive pleading to the United States' Complaint in Intervention within **twenty (20) days** of the date of this Order.

BY THE COURT:

*/s/ Thomas M. Golden*
THOMAS M. GOLDEN, J.