IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUNIOR DOE et al. : | |
| Plaintiffs : | |
| vs. : | CIVIL ACTION |
| : | |
| ALLENTOWN SCHOOL DISTRICT et al. : | NO. 06-CV-1926 |
| Defendants : | |

**ORDER**

AND NOW, this 25th day of March, 2010, discovery having been stayed in this matter pending the resolution of the Court's concern that the minor Defendant F.H. is unrepresented, it is hereby ORDERED that the Motion to Quash filed by County of Lehigh Office of Children and Youth Services (Doc. No. 121) is DENIED with leave to renew when discovery resumes. It is further ORDERED that the Motion for Leave to File brought by County of Lehigh Office of Children and Youth Services (Doc. No. 142) is GRANTED.[1] It is further ORDERED that Defendants' Motion for Order (Doc. No. 143) and Plaintiffs' Motion to Compel (Doc. No. 154) are DENIED with leave to renew when discovery resumes.

BY THE COURT:

/s/ Thomas M. Golden
THOMAS M. GOLDEN, J.

---

[1] In this motion, the County asked for leave to file an additional brief in support of its motion to quash. The Magistrate Judge has reviewed the brief, and so this motion is granted and the brief is considered to have been filed.