## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE I, et al.,     ) | |
|     ) | |
|      Plaintiffs,     ) | |
|     ) | |
|      v.     ) | |
|     ) | |
| THE SCHOOL DISTRICT OF THE     ) | |
| CITY OF ALLENTOWN     ) | |
| (a/k/a "Allentown School District"), et al.     ) | |
|     ) | |
|      Defendants.     ) | |
| _____ ) | Civil Action No.: 2:06-CV-1926 (JD) |
|     ) | |
| UNITED STATES OF AMERICA,     ) | |
|     ) | |
|      Plaintiff-Intervenor,     ) | |
|     ) | |
|      v.     ) | |
|     ) | |
| THE SCHOOL DISTRICT OF THE     ) | |
| CITY OF ALLENTOWN     ) | |
| (a/k/a "Allentown School District")     ) | |
|     ) | |
|      Defendant.     ) | |

FILED

JUL 3 0 2012

MICH...
By...

## ORDER APPROVING AND ENTERING CONSENT DECREE

Plaintiff-Intervenor United States of America and Defendant Allentown School District

("District") have jointly moved this Court for entry of a Consent Decree in the above-captioned

action, which would resolve the issues raised in the United States' Complaint-in-Intervention.

Having considered the parties' request for approval and entry of the Consent Decree and

concluding that the Consent Decree is fair, just, reasonable, and in the public interest, the Court

hereby ORDERS that:

1. The Consent Decree be entered and its terms implemented;

2.  That the Court shall retain jurisdiction over this action during the term of the Consent Decree; and

3.  That the United States and the District each shall bear its own costs, attorneys' fees, and other expenses incurred in this action.

SO ORDERED this the 30th day of _____July_____, 2012.

_____
PAUL S. DIAMOND
DISTRICT COURT JUDGE